IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH SHIPP<br><br>Defendant. | Criminal Indictment No.<br><br>1:16-CR-241-TCB-CMS |

## BILL OF PARTICULARS

The United States of America, by John A. Horn, United States Attorney, and Dahil D. Goss, Assistant United States Attorney for the Northern District of Georgia, hereby files this Bill of Particulars specifying certain property subject to forfeiture under the forfeiture provision of the above-captioned indictment:

a. Sony PlayStation 2 gaming system;

b. Sony PlayStation 3 gaming system;

c. Sony PlayStation 4 gaming system;

d. Nintendo Wii gaming system;

e. Two Microsoft Xbox gaming systems;

f. Three Samsung flat screen televisions;

g. GoPro camera;

h. Nokia Windows phone;

i. Apple watch.

Respectfully submitted,

JOHN A. HORN
   *United States Attorney*


/s/Dahil D. Goss
   *Assistant United States Attorney*
Georgia Bar No. 302905
dahil.goss@usdoj.gov

600 U.S. Courthouse   75 Ted Turner Drive SW   Atlanta, GA 30303
(404) 581-6000   *fax* (404) 581-6181

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

September 14, 2016

/s/ DAHIL D. GOSS

Dahil D. Goss

Assistant United States Attorney