# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00241-TCB-CMS
## USA v. Shipp
## Honorable Catherine M. Salinas

Minute Sheet for proceedings held In Open Court on 08/25/2017.

TIME COURT COMMENCED: 11:09 A.M.
TIME COURT CONCLUDED: 11:14 A.M.            TAPE NUMBER: FTR
TIME IN COURT: 00:05                        DEPUTY CLERK: Angela Smith
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Kenneth Shipp Present at proceedings |
| ATTORNEY(S) PRESENT: | Paul Jones representing USA<br>Larry Melnick representing Kenneth Shipp |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[22]Motion to Suppress Statements TAKEN UNDER ADVISEMENT |
| ADDL HEARING(S) SCHEDULED: | Evidentiary Hearing set for September 14, 2017 at 9:30 a.m. in Courtroom 1810; |