1:16-cr-241-TCB : KENNETH SHIPP

Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **NINETY-SEVEN (97) MONTHS**.

The Defendant shall surrender to the Bureau of Prisons at the designated institute as notified by the United States Marshal. The Court recommends that defendant be incarcerated in a facility as close to Atlanta, Georgia as possible

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 23 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  3/4/2018  to  D. EDGE

at  FCI JESUP  , with a certified copy of this judgment.

D. EDGE, Warden
UNITED STATES MARSHAL

By: D. ADAMS CSO
Deputy U.S. Marshal

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

-vs-

Case No. 1:16-cr-241-TCB

KENNETH SHIPP

70109-019

Defendant's Attorney
Brian Steel, Larry Melnick

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant pleaded guilty to Count 1 of the Indictment.

Accordingly, the defendant is adjudged guilty of such count which involves the following offense:

| Title & Section | Nature of Offense | Count No |
|---|---|---|
| 18 USC § 2252(a)(2) and (b)(1) | Distribution of Child Pornography | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

All remaining Counts are dismissed on the motion of the United States.

It is ordered that the defendant shall pay the special assessment of **$100.00** which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.    XXX-XX-2821
Defendant's Date of Birth:    1959
Defendant's Mailing Address:
Fayetteville, Georgia   30215

Date of Imposition of Sentence: January 5, 2018

Signed this the 5th day of January, 2018.

TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of FIFTEEN (15) YEARS.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard and special conditions that have been adopted by this court (set forth below) If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

The defendant shall not possess a firearm as defined in 18 USC § 921.

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on supervised release and at least two periodic drug tests thereafter as directed by the probation officer.

## SPECIAL CONDITIONS

Pursuant to 42 USC Section 14135a(d) and 10 USC Section 1565(d), which require mandatory DNA testing for Federal Offenders convicted of felony offenses, the defendant shall cooperate in the DNA collection as directed by the probation officer.

The defendant shall not own, possess or have under his control a firearm, dangerous weapon, or other destructive device as defined in 18 USC § 921.

The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

Pursuant to 18 USC §3563(b)(23), the defendant shall submit to a search of his or her person, property, house, residence, vehicle, papers [computers or other electronic communications or data storage devices or media], or office, to search at any time with or without a warrant, by any law enforcement officer or Probation Officer with reasonable suspicion concerning a violation of a condition of probation or unlawful conduct by the defendant. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. The defendant shall permit confiscation and/or disposal of any material considered to be contraband or any other item which may be deemed to have evidentiary value of violations of supervision.

The defendant shall participate in the mental health aftercare program including a psychosexual evaluation and counseling if deemed necessary and comply with the conditions of the sex offender contract under the guidance and supervision of the U.S. Probation Officer. If able, the defendant shall be required to contribute to the cost of services for such treatment.

The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. §16901. et seq.) As directed by the probation officer the Bureau of Prisons or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.

The defendant is prohibited from using an electronic bulletin board system, services that provide access to the Internet, or any public or private computer network. The defendant will obtain written approval from the Court to possess or use any computer at any location including employment. The defendant will permit routine inspection of any computer systems, hard drives, and other media storage materials by the U.S. Probation Office to confirm compliance with this condition. This inspection shall be no more intrusive than is necessary to ensure compliance with this condition.. Any computer system which is accessible to the defendant is subject to inspection  The defendant will permit confiscation and/or disposal of any material considered contraband.

Case 1:16-cr-00241-TCB-CMS   Document 56   Filed 01/05/18   Page 4 of 5

1:16-cr-241-TCB . KENNETH SHIPP                                                                                                                            Page 4 of 5

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

1:16-cr-241-TCB   KENNETH SHIPP                                         Page 5 of 5

## RESTITUTION

The defendant shall make restitution made payable to the Clerk of Court, United States District Court, Room 2211, 75 Ted Turner Drive, Atlanta, Georgia 30303.

This judgment will be amended to add the amount and payee when those are determined.

**Name of Payee**                                  **Amount of Restitution**

                                                   $